FILED
September 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **Case No: EP:25-CR-02185-LS** |
| Plaintiff, | § | **I N D I C T M E N T** |
| v. | § | **CT 1:** 18 U.S.C. § 111(a) – Assaulting, Resisting, or Impeding Certain Officers or Employees |
| GEYMI MONTOYA, | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 15, 2025, in the Western District of Texas, Defendant,

**GEYMI MONTOYA,**

Intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with J.L., a person designated in 18 U.S.C. § 1114, to wit: kicking the body of and causing physical contact with J.L., a Customs Border Protection Officer who was engaged in official duties, in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL.

[signature redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____[signature]_____
Assistant U.S. Attorney